PRICE, MEESE, SHULMAN & D'ARMINIO, P.C.
Michael A. Orozco, Esq. (017392003)
50 Tice Boulevard, Suite 380
Woodcliff Lake, New Jersey 07677
Phone: 201-391-3737
Attorneys for Defendant, Daniel K. Dxrams

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MELISSA REYNOLDS, a/k/a "Meilissa Shawn Reynolds-Herod", GERMAIN KING, HENRY GRADY JAMES IV, ARTHUR N. MARTIN, III and DANIEL K. DXRAMS, a/k/a "Daniel Kusi" a/k/a "Danny D. Dxrams" a/k/a "Randy N. Amoateng",<br><br>    Defendants. | Hon. Cathy L. Waldor<br><br>Case No: 2:18-mj-07038 (CLW)<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consents to the substitution of Michael A. Orozco, Esq., Price Meese, Shulman & D'Arminio, P.C., 50 Tice Boulevard, Suite 380, Woodcliff Lake, New Jersey 07677, as Attorneys for Defendant, Daniel K. Dxrams, in the above matter.

**RUDNICK, ADDONIZIO, PAPPA, CASAZZA, P.C.**

By: _____
    Michael T. Pappa, Esq.
    Withdrawing counsel

PRICE, MEESE, SHULMAN & D'ARMINIO, P.C.

By: _____
    Michael A. Orozco, Esq.
    Superseding Counsel

Dated: April _10_, 2018