LAW OFFICES OF

# ROBERT J. DeGROOT

Attorneys At Law

Robert J. DeGroot
NJ Bar #282351972
NY Bar #2921633

Oleg Nekritin
NJ Bar #018752009
NY Bar #4855789

September 17, 2018

Hon. Cathy Waldor, M.J.
50 Walnut St.
Newark, N.J. 07102

    Re:  United States vs. Melissa Reynolds
    Docket No.: 2:18-mj-07038-CLW

Dear Judge Waldor:

    Please be advised that I represent the Defendant in the above captioned matter. With the consent of Pretrial Services and Anthony Moscato, A.U.S.A., we request that the Court amend the Defendant's pretrial release conditions to remove the conditions of computer monitoring. I have submitted a "so ordered" clause approved by trial services.

    I thank the Court for its attention to this matter.

                              Respectfully submitted,

                              Robert J. De Groot, Esq.

IT IS ON THIS _____ DAY OF SEPTEMBER 2018, ORDERED THAT THE PRETRIAL RELEASE CONDITIONS BE AMENDED TO REMOVE THE FOLLOWING PROVISIONS:

        1. The defendant is permitted use of computers or connected devices, and is permitted access to the Internet, for legitimate and necessary purposes at home and/or employment, as pre-approved and monitored by Pretrial Services. Any approved devices are subject to the installation of computer monitoring software and/or search by Pretrial Services to assure compliance. The defendant shall pay all or part of the cost of any monitoring

    software based upon their ability to pay as determined by Pretrial Services.

2. By consent of other residents in the home, any computers in the home utilized by other residents shall be approved by Pretrial Services and subject to search for compliance by Pretrial Services.

3. Submit to Pretrial Services' use of electronic detection devices to evaluate the defendant, residents and/or visitors of residence access to Wifi connections.

IT IS FURTHER ORDERED THAT THE PRETIRAL RELEASE CONDITIONS BE AMENDED TO STATE:

1. Ms. Reynolds is permitted to return to the use of unmonitored connected devices and the internet. However, there shall be no filings with government agencies or corporate entities unless reviewed and approved by defense counsel.

 

_____
Hon. Cathy Waldor, M.J.